**Order issued September 11, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-13-01356-CR

---

### ELIZABETH NICOLE HENDERSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

# O R D E R

Before Justices O'Neill, Lang-Miers, and Brown

Based on the Court's opinion of this date, we **GRANT** the May 14, 2014 motion of Niles Illich for leave to withdraw as appointed counsel on appeal.  We **DIRECT** the Clerk of the Court to remove Niles Illich as counsel of record for appellant.  We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Elizabeth Nicole Henderson, TDCJ No. 1883674, Crain Unit, 1401 State School Road, Gatesville, Texas, 76599-2999.


/Ada Brown/
ADA BROWN
JUSTICE